# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 11-09462 JJG
**Case Name:** BAINS, HARBHUPINDER

**For Period Ending:** 06/30/2018

**Trustee Name:** (340480) Michael J. Hebenstreit
**Date Filed (f) or Converted (c):** 07/26/2011 (f)
**§ 341(a) Meeting Date:** 09/13/2011
**Claims Bar Date:** 01/06/2012

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3655 Pickwick Cir., Plainfield IN 4616 real estate | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 0.00 | 0.00 | | 0.00 | FA |
| 3 | First National - Checking | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods (Debtor's 112 Interest) | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | Books, Pictures, CDs | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Debtor is 1.5% Owner of Aohutosh Corp. | 1,386.79 | 1,386.79 | | 0.00 | 1,386.79 |
| 8 | 2005 Toyota Camry (92,000 Miles) | 6,100.00 | 0.00 | | 0.00 | FA |
| 9 | Misc. Tools, Lawn Equipment | 200.00 | 200.00 | | 0.00 | FA |
| 10 | Funds on hand not disclosed in Petition (u) | 0.00 | 0.00 | | 211,000.00 | FA |
| 11 | fraudulent transfers Judgment vs Sandha (u) | 0.00 | Unknown | | 41,174.54 | FA |
| 12 | Commercial real property consisting of 12.50 acr (u) | Unknown | 0.00 | | 0.00 | 125,000.00 |
| 13 | Litigation suit pending in Putnam County under C (u) | Unknown | 0.00 | | 0.00 | FA |
| 14 | Payments received under Deed of Trust (u) | 0.00 | 0.00 | | 100,496.96 | 9,503.04 |
| 15 | Fraudulent claims action against Rajwinder Kaur (former spouse of Debtor) (u)<br>This asset is a result of the compromise and settlement of the amended judgment entered in Adversary Proceeding #12-50171 entered on 9/17/14 against Rajwinder Kaur, former wife of the Debtor. | 0.00 | 50,000.00 | | 50,000.00 | 0.00 |
| 15 | **Assets Totals (Excluding unknown values)** | **$160,886.79** | **$51,586.79** | | **$402,671.50** | **$135,889.83** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 11-09462 JJG
**Case Name:** BAINS, HARBHUPINDER

**For Period Ending:** 06/30/2018

**Trustee Name:** (340480) Michael J. Hebenstreit
**Date Filed (f) or Converted (c):** 07/26/2011 (f)
**§ 341(a) Meeting Date:** 09/13/2011
**Claims Bar Date:** 01/06/2012

**Major Activities Affecting Case Closing:**

Bsns Interests
06/11/15  EPA filed admin claim , TT counsel objected.  Atty is in settlement dicussions with Sangha/St of Washington property Claim. attempting to get settle proposal  TRO in place over DJS297 Corp (Kaur's Corp w/owns 2 gas stations + Wendy's.  Depo scheduled    Levin Special Counsel = moving case forward
7/8/15   The EPA filed Admin clm; object.  Settlement DIscussions w/Sangha/St of Wash prop clim ; TRO vs DJS297 Corp, depo  to be taken
7/25/16  R & L obtained judgment in Wash state for payments in litigation there.  Ian Goodman reported that he is pursuing receivership of Kauer's other entity;  She continued hearing and next heaaring is in August.  environmental cleanup company filed admin claim;  J Rogers filed response;  matter set for hearing Aug 17.
7/17/17 filed tax returns for estate;  requetsed rompt determination
10/2/17  pf atty ;  they will try  to sell 50% in Vinny corp to adjoining stations;  the note from Singh and Kauer is due in Feb 2018.  they wiill either need to pay it off by refinancing or we will need to foreclose;  in the meantime, they are making payment and Allegro is sending our 50% to us every month
05/29/18 - Filed Motion to Employ Accountant Nun Pro Tunc
6/16/18-Tax returns filed;  waiting on 60 day prompt determination
7/17/17  filed fiduciary returns for estate;  requested prompt determination;  still collecting funds from Washington

**Initial Projected Date Of Final Report (TFR):** 07/26/2013      **Current Projected Date Of Final Report (TFR):** 12/26/2018

| 07/30/2018 | /s/Michael J. Hebenstreit |
|---|---|
| Date | Michael J. Hebenstreit |

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 11-09462 JJG | Trustee Name: | Michael J. Hebenstreit (340480) |
|---|---|---|---|
| Case Name: | BAINS, HARBHUPINDER | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***6863 | Account #: | **********2666 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $1,190,587.50 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/14/12 | {10} | Rajwinder Kaur | Funds on hand as of date of filing | 1229-000 | 11,000.00 | | 11,000.00 |
| 03/21/12 | {10} | Chase Bank | undisclosed funds | 1229-000 | 200,000.00 | | 211,000.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 120.55 | 210,879.45 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 417.72 | 210,461.73 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 474.45 | 209,987.28 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 415.95 | 209,571.33 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 458.07 | 209,113.26 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 442.79 | 208,670.47 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 399.09 | 208,271.38 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 469.46 | 207,801.92 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 425.82 | 207,376.10 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 410.78 | 206,965.32 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********8088 20130117 | 9999-000 | | 206,965.32 | 0.00 |

| Account | **********2666 Checking Account | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 2 | Deposits | 211,000.00 | 0 | Checks | 0.00 |
| 0 | Interest Postings | 0.00 | 10 | Adjustments Out | 4,034.68 |
| | Subtotal | 211,000.00 | 1 | Transfers Out | 206,965.32 |
| 0 | Adjustments In | 0.00 | | Total | 211,000.00 |
| 0 | Transfers In | 0.00 | | | |
| | Total | 211,000.00 | | | |

Page Subtotals: $211,000.00  $211,000.00

{ } Asset Reference(s)                                                                            ! - transaction has not been cleared

Case 11-09462-JJG-7A   Doc 297   Filed 07/30/18   EOD 07/30/18 15:29:08   Pg 4 of 11

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 11-09462  JJG | Trustee Name: | Michael J. Hebenstreit (340480) |
| --- | --- | --- | --- |
| Case Name: | BAINS, HARBHUPINDER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6863 | Account #: | ******5766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $1,190,587.50 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/18/13 |  | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 206,965.32 |  | 206,965.32 |
| 01/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 317.49 | 206,647.83 |
| 02/28/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 277.41 | 206,370.42 |
| 03/29/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 286.93 | 206,083.49 |
| 04/30/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 316.18 | 205,767.31 |
| 05/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 305.83 | 205,461.48 |
| 06/28/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 275.82 | 205,185.66 |
| 07/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 324.64 | 204,861.02 |
| 08/30/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 294.66 | 204,566.36 |
| 09/30/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 284.42 | 204,281.94 |
| 10/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 323.23 | 203,958.71 |
| 11/29/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 273.80 | 203,684.91 |
| 12/31/13 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 322.28 | 203,362.63 |
| 01/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 302.25 | 203,060.38 |
| 02/28/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 272.59 | 202,787.79 |
| 03/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 281.95 | 202,505.84 |
| 04/30/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 310.71 | 202,195.13 |
| 05/30/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 290.82 | 201,904.31 |
| 06/30/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 280.72 | 201,623.59 |
| 07/11/14 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 2,534.78 |  | 204,158.37 |
| 07/31/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 321.09 | 203,837.28 |
| 08/29/14 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 283.41 | 203,553.87 |
|  |  |  | Page Subtotals: |  | $209,500.10 | $5,946.23 |  |

{ } Asset Reference(s)                                                                 ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-3

| Case No.: | 11-09462 JJG | Trustee Name: | Michael J. Hebenstreit (340480) |
|---|---|---|---|
| Case Name: | BAINS, HARBHUPINDER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6863 | Account #: | ******5766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $1,190,587.50 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 312.30 | 203,241.57 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 302.07 | 202,939.50 |
| 11/17/14 | 10101 | Rubin & Levin, PC | Court ApproCourt approved Fees and Expenses for Special Counsel per Docket 186 | | | 115,199.35 | 87,740.15 |
| | | | Special Counsel Court Approved Expenses $30,799.35 | 3220-000 | | | 87,740.15 |
| | | | Court approved Fees - Special Counsel $84,400.00 | 3210-000 | | | 87,740.15 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 218.52 | 87,521.63 |
| 12/04/14 | {11} | Rubin & Levin | Garnishment funds Charles Schwab acct of Rajwinder Kaur | 1241-000 | 556.74 | | 88,078.37 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 143.37 | 87,935.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 126.48 | 87,808.52 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 117.87 | 87,690.65 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 134.53 | 87,556.12 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 125.93 | 87,430.19 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.56 | 87,308.63 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.95 | 87,174.68 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 129.56 | 87,045.12 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.02 | 86,924.10 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 133.37 | 86,790.73 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.83 | 86,665.90 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 120.50 | 86,545.40 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 136.94 | 86,408.46 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.82 | 86,288.64 |
| | | | **Page Subtotals:** | | **$556.74** | **$117,821.97** | |

{ } Asset Reference(s)                                                                                       ! - transaction has not been cleared

Case 11-09462-JJG-7A   Doc 297   Filed 07/30/18   EOD 07/30/18 15:29:08   Pg 6 of 11

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 11-09462 JJG | Trustee Name: | Michael J. Hebenstreit (340480) |
|---|---|---|---|
| Case Name: | BAINS, HARBHUPINDER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6863 | Account #: | ******5766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $1,190,587.50 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.64 | 86,169.00 |
| 03/28/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 24,702.20 | | 110,871.20 |
| 03/28/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 1,261.41 | | 112,132.61 |
| 03/28/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 1,261.41 | | 113,394.02 |
| 03/28/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 1,261.41 | | 114,655.43 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 138.70 | 114,516.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 158.78 | 114,357.95 |
| 05/16/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 1,261.41 | | 115,619.36 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 159.23 | 115,460.13 |
| 06/06/16 | 10102 | STAMPER RUBENS P.S. | Fees & Expenses for Special Counsel (Order - Doc. No. 236) | | | 41,482.45 | 73,977.68 |
| | | | Special Counsel fees  $39,627.50 | 3210-600 | | | 73,977.68 |
| | | | Special Counsel expenses  $1,854.95 | 3220-610 | | | 73,977.68 |
| 06/15/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 1,261.41 | | 75,239.09 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.16 | 75,069.93 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.09 | 74,965.84 |
| 08/04/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 1,261.41 | | 76,227.25 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 119.85 | 76,107.40 |
| 09/02/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 1,261.41 | | 77,368.81 |
| 09/20/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 1,261.41 | | 78,630.22 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.15 | 78,519.07 |
| 10/27/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 1,261.41 | | 79,780.48 |
| | | | Page Subtotals: | | $36,054.89 | $42,563.05 | |

{ } Asset Reference(s)  
! - transaction has not been cleared

Case 11-09462-JJG-7A   Doc 297   Filed 07/30/18   EOD 07/30/18 15:29:08   Pg 7 of 11

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 11-09462 JJG | Trustee Name: | Michael J. Hebenstreit (340480) |
|---|---|---|---|
| Case Name: | BAINS, HARBHUPINDER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6863 | Account #: | ******5766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $1,190,587.50 |
| | | Separate Bond (if applicable): | N/A |

| 1<br>Trans. Date | 2<br>Check or Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposit $ | 7<br>Disbursement $ | Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.93 | 79,671.55 |
| 11/21/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 1,261.41 | | 80,932.96 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.39 | 80,810.57 |
| 12/19/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 766.75 | | 81,577.32 |
| 12/19/16 | {11} | Allegro Escrow Services | PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | 766.72 | | 82,344.04 |
| 12/19/16 | {11} | Allegro Escrow Services | Reversed Deposit 100011 1 PAYMENT PER COURT APPROVED AGREEMENT | 1241-000 | -766.75 | | 81,577.29 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 116.24 | 81,461.05 |
| 01/30/17 | 10103 | Rubin & Levin, PC | Attorney fees - Special Counsel | 3210-600 | | 24,006.50 | 57,454.55 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 124.95 | 57,329.60 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.92 | 57,237.68 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.07 | 57,152.61 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.72 | 57,075.89 |
| 05/22/17 | | Allegro Escrow Services | Acct #1; Payment #0; PAYMENT PER COURT APPROVED AGREEMENT | | 2,742.97 | | 59,818.86 |
| | {14} | | Acct #1; Payment #0; PAYMENT PER COURT APPROVED AGREEMENT<br>$2,742.97 | 1221-000 | | | 59,818.86 |
| 05/22/17 | | Allegro Escrow Services | Acct #1; Payment #1; PAYMENT PER COURT APPROVED AGREEMENT | | 630.71 | | 60,449.57 |
| | {14} | | Acct #1; Payment #1; PAYMENT PER COURT APPROVED AGREEMENT<br>$630.71 | 1221-000 | | | 60,449.57 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 91.59 | 60,357.98 |
| 06/27/17 | | Allegro Escrow Services | Acct #1; Payment #2; PAYMENT PER COURT APPROVED AGREEMENT | | 630.71 | | 60,988.69 |
| | {14} | | Acct #1; Payment #2; PAYMENT PER COURT APPROVED AGREEMENT | 1221-000 | | | 60,988.69 |
| | | | **Page Subtotals:** | | **$6,032.52** | **$24,824.31** | |

{ } Asset Reference(s)                                                                                    ! - transaction has not been cleared

Case 11-09462-JJG-7A   Doc 297   Filed 07/30/18   EOD 07/30/18 15:29:08   Pg 8 of 11

## Form 2

## Cash Receipts And Disbursements Record

Page: 2-6

| Case No.: | 11-09462 JJG | Trustee Name: | Michael J. Hebenstreit (340480) |
|---|---|---|---|
| Case Name: | BAINS, HARBHUPINDER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6863 | Account #: | ******5766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $1,190,587.50 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | $630.71 | | | | |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.87 | 60,901.82 |
| 07/19/17 | | Allegro Escrow Services | Acct #1; Payment #3; PAYMENT PER COURT APPROVED AGREEMENT | | 630.71 | | 61,532.53 |
| | {14} | | Acct #1; Payment #3; PAYMENT PER COURT APPROVED AGREEMENT $630.71 | 1221-000 | | | 61,532.53 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.94 | 61,447.59 |
| 08/25/17 | | Allegro Escrow Services | Acct #1; Payment #4; PAYMENT PER COURT APPROVED AGREEMENT | | 630.71 | | 62,078.30 |
| | {14} | | Acct #1; Payment #4; PAYMENT PER COURT APPROVED AGREEMENT $630.71 | 1221-000 | | | 62,078.30 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.31 | 61,980.99 |
| 09/18/17 | 10104 | STAMPER RUBENS P.S. | Attorney fees for Special Litigation Counsel per 9/11/17 Order (Doc No. 282) | 3210-600 | | 2,342.50 | 59,638.49 |
| 09/20/17 | | Allegro Escrow Services | Acct #1; Payment #5; PAYMENT PER COURT APPROVED AGREEMENT | | 630.71 | | 60,269.20 |
| | {14} | | Acct #1; Payment #5; PAYMENT PER COURT APPROVED AGREEMENT $630.71 | 1221-000 | | | 60,269.20 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 86.38 | 60,182.82 |
| 10/23/17 | | Allegro Escrow Services | Acct #1; Payment #6 - Payments received under Deed of Trust - WA Prop | | 630.71 | | 60,813.53 |
| | {14} | | Acct #1; Payment #6 - Payments received under Deed of Trust - WA Prop $630.71 | 1221-000 | | | 60,813.53 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.10 | 60,720.43 |
| 11/10/17 | 10105 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/03/2017 FOR CASE #11-09462 Voided on 11/10/2017 | 2300-004 | | 22.45 | 60,697.98 |
| | | | Page Subtotals: | | $2,522.84 | $2,813.55 | |

{ } Asset Reference(s)                                                                                                       ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-7

| Case No.: | 11-09462 JJG | Trustee Name: | Michael J. Hebenstreit (340480) |
|---|---|---|---|
| Case Name: | BAINS, HARBHUPINDER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6863 | Account #: | ******5766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $1,190,587.50 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/10/17 | 10105 | International Sureties, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/03/2017 FOR CASE #11-09462 Voided: check issued on 11/10/2017 | 2300-004 | | -22.45 | 60,720.43 |
| 11/17/17 | | Allegro Escrow Services | Acct #1; Payment #7 - Payments received under Deed of Trust - WA prop | | 630.71 | | 61,351.14 |
| | {14} | | Acct #1; Payment #7 - Payments received under Deed of Trust - WA prop $630.71 | 1221-000 | | | 61,351.14 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 87.63 | 61,263.51 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 85.17 | 61,178.34 |
| 01/08/18 | {14} | Allegro Escrow Services | | 1221-000 | 630.71 | | 61,809.05 |
| 01/30/18 | {14} | Allegro Escrow Services | | 1221-000 | 630.71 | | 62,439.76 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 97.46 | 62,342.30 |
| 02/28/18 | {14} | Allegro Escrow Service | | 1221-000 | 630.71 | | 62,973.01 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 83.69 | 62,889.32 |
| 03/13/18 | {14} | Allegro Escrow Services | | 1221-000 | 91,446.89 | | 154,336.21 |
| 03/27/18 | {15} | Rajkiran Toor | | 1241-000 | 50,000.00 | | 204,336.21 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 165.37 | 204,170.84 |
| 04/26/18 | 10106 | Rubin & Levin, P.C. | Attorney fees for Special Counsel (Doc No. 293) | 3210-600 | | 6,500.00 | 197,670.84 |
| 04/26/18 | 10107 | Rubin & Levin, P.C. | Special Counsel fees and expenses (Doc No. 293) | | | 78,739.33 | 118,931.51 |
| | | | $69,788.78 | 3210-600 | | | 118,931.51 |
| | | | $8,950.55 | 3220-610 | | | 118,931.51 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 283.88 | 118,647.63 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 200.00 | 118,447.63 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 164.68 | 118,282.95 |
| | | | Page Subtotals: | | $143,969.73 | $86,384.76 | |

{ } Asset Reference(s)                                                                                                   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-8

| Case No.: | 11-09462 JJG | Trustee Name: | Michael J. Hebenstreit (340480) |
|---|---|---|---|
| Case Name: | BAINS, HARBHUPINDER | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***6863 | Account #: | ******5766 Checking Account |
| For Period Ending: | 06/30/2018 | Blanket Bond (per case limit): | $1,190,587.50 |
| | | Separate Bond (if applicable): | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Deposit<br>$ | 7<br>Disbursement<br>$ | Account Balance |
|---|---|---|---|---|---|---|---|

| | Account | ******5766 Checking Account | | | | | |
|---|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | | |
| | 28 | Deposits | 192,438.25 | 8 | Checks | | 268,270.13 |
| | 0 | Interest Postings | 0.00 | 66 | Adjustments Out | | 12,083.74 |
| | | Subtotal | 192,438.25 | 0 | Transfers Out | | 0.00 |
| | 1 | Adjustments In | -766.75 | | Total | | 280,353.87 |
| | 1 | Transfers In | 206,965.32 | | | | |
| | | Total | 398,636.82 | | | | |

Page Subtotals:    $0.00    $0.00

{ } Asset Reference(s)                                                                                        ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-9

| | | | |
|---|---|---|---|
| **Case No.:** | 11-09462 JJG | **Trustee Name:** | Michael J. Hebenstreit (340480) |
| **Case Name:** | BAINS, HARBHUPINDER | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***6863 | **Account #:** | ******5766 Checking Account |
| **For Period Ending:** | 06/30/2018 | **Blanket Bond (per case limit):** | $1,190,587.50 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $402,671.50 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $402,671.50 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| **********2666 Checking Account | $211,000.00 | $4,034.68 | $0.00 |
| ******5766 Checking Account | $191,671.50 | $280,353.87 | $118,282.95 |
| | **$402,671.50** | **$284,388.55** | **$118,282.95** |